UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SCAN HEALTH PLAN,

       *Plaintiff*,

  v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.,

       *Defendants*.

Civil Action No. 1:23-cv-03910 (CJN)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment, ECF No. 26, is **GRANTED**; and it is further

**ORDERED** that Defendants' Motion for Summary Judgment, ECF No. 23, is **DENIED**; and it is further

**ORDERED** that the calculation of Plaintiff's 2024 Star Rating by Defendant Centers for Medicare and Medicaid Services is **SET ASIDE**; and it is further

**ORDERED** that Defendants are **ENJOINED** from utilizing Plaintiff's original 2024 Star Rating of 3.5 stars in connection with any quality bonus payment eligibility decisions.

This is a final and appealable order.

The Clerk of Court is directed to terminate the case.

DATE: June 3, 2024

                                                CARL J. NICHOLS
                                                United States District Judge